IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRYSTAL BROCK,

       Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-590-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that pursuant to the stipulation of the parties, judgment is entered awarding plaintiff Krystal Brock attorney fees and costs under the Equal Access to Justice Act in the amount of $5,100.

_____
Peter Oppeneer, Clerk of Court

_____
9/3/10
Date